JOHN J. FIRMES, Appellant, v. MOUNT HOPE CEMETERY ASSOCIATION and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAMUEL M. BUCH, Appellant, v. SOUTHERN BOULEVARD RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ROSE MURPHY and Another, Respondents, v. A. BELMONT KINSTLER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NATHAN MADDENBERG, Respondent, v. M. L. S. CONSTRUCTION CO., INC., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GLADROSE TRADING CORPORATION, Plaintiff, v. GIUSEPPE MUNGO, Appellant, and DOUGLAS KNOX, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERTRAM BALL, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EVA S. ROBINSON, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARION S. BALDWIN, Respondent, v. IVAN M. TAYLOR, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, v. THE J. J. FOLEY PLUMBING AND HEATING COMPANY, Defendant, Impleaded with MARYLAND CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND, Respondent, v. MARC EIDLITZ & COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARTHA FREEDMAN, Respondent, v. SAMUEL KAPNER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARRY FREEDMAN, Respondent, v. SAMUEL KAPNER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARY DOUMAS, Respondent, v. SAMUEL KAPNER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.